UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICKEA SMITH, <br> *Plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-00177-P |
| VAN BORTEL AIRCRAFT, INC. and <br> HOWARD G. VAN BORTEL, <br> *Defendants*. | § § § § | JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure 41(a)(1), Plaintiff MICKEA SMITH and Defendants VAN BORTEL AIRCRAFT, INC. and HOWARD G. VAN BORTEL (collectively the "Parties") hereby stipulate and agree as follows:

1. Plaintiff's claims against Defendants shall be DISMISSED with prejudice; and
2. The parties shall bear their own costs, expenses, and attorneys' fees.

WHEREFORE, Plaintiff and Defendants request this Court to enter an Order dismissing all claims with prejudice with the court costs being taxed against the party incurring same.

Respectfully submitted,

By:   /s/ Rogge Dunn
**ROGGE DUNN**
Texas Bar No. 06249500
Email:  dunn@trialtested.com
**GREG MCALLISTER**
Texas Bar No. 24071191
mcallister@roggedunngroup.com

**ROGGE DUNN GROUP PC**
500 North Akard Street
Suite 1900
Dallas, Texas 75201
(214) 888-5000 (Telephone)

(214) 220-3833 (Fax)
**ATTORNEYS FOR PLAINTIFF
MICKEA SMITH**


By:   /s/ David B. Dowell
       David B. Dowell
       State Bar No. 06077950
       Email: bdowell@namanhowell.com

**NAMAN HOWELL SMITH & LEE, PLLC**
1300 Summit Ave., Suite 700
Fort Worth, Texas 76102
(817) 509-2025 (Telephone)
(817) 509-2060 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
VAN BORTEL AIRCRAFT, INC. AND
HOWARD G. VAN BORTEL**